UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDON ULIDE ANTHONY, | Case No. 2:25-cv-06904-AH-SSC |
| Petitioner, | |
| v. | **JUDGMENT** |
| FIELD OFFICE DIRECTOR, LOS ANGELES FIELD OFFICE, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATED: APRIL 27, 2027

_____

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE